| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 15 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

HEALTH FREEDOM DEFENSE FUND, INC., a Wyoming Not-for-Profit Corporaton; et al.,

          Plaintiffs-Appellants,

 v.

ALBERTO CARVALHO, in his official capacity as Superintendent of the Los Angeles United School District; et al.,

          Defendants-Appellees.

No. 22-55908

D.C. No. 2:21-cv-08688-DSF-PVC
Central District of California, Los Angeles

ORDER

Before: HAWKINS, R. NELSON, and COLLINS, Circuit Judges.

    Plaintiffs-Appellants are directed to file a response to the Petition for Rehearing En Banc within twenty-one days of the date of this order. The response shall not exceed 15 pages or 4,200 words.