FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 12 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HEALTH FREEDOM DEFENSE FUND, INC., a Wyoming Not-for-Profit Corporation; JEFFREY FUENTES; SANDRA GARCIA; HOVHANNES SAPONGHIAN; NORMA BRAMBILA; CALIFORNIA EDUCATORS FOR MEDICAL FREEDOM,<br><br>        Plaintiffs-Appellants,<br><br>v.<br><br>ALBERTO CARVALHO, in his official capacity as Superintendent of the Los Angeles United School District; ILEANA DAVALOS, in her official capacity as Chief Human Resources Officer for the Los Angeles School District; GEORGE MCKENNA; MONICA GARCIA; SCOTT SCHMERELSON; NICK MELVOIN; JACKIE GOLDBERG; KELLY GONEZ; TANYA ORTIZ FRANKLIN, in their official capacities as members of the Los Angeles Unified School District governing board,<br><br>        Defendants-Appellees. | No. 22-55908<br><br>D.C. No. 2:21-cv-08688-DSF-PVC Central District of California, Los Angeles<br><br>ORDER |

One or more judges on the en banc court have requested briefing on the following issue:

1. Whether *Belanger v. Madera Unified Sch. Dist.*, 963 F.2d 248, 254 (9th Cir. 1992), and *Sato v. Orange Cnty. Dep't of Educ.*, 861 F.3d 923, 934

(9th Cir. 2017), remain good law to the extent that they hold that California school districts enjoy sovereign immunity under the Eleventh Amendment or whether those cases should instead be overruled.

The parties are ordered to file supplemental briefs, not to exceed 15 pages or 4,200 words, no later than February 28, 2025.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT